

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

April 21, 2022

**MEMO ENDORSED**

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2022

OK

Re: *Sanchez v. Soft Surfboards, Inc.*; Case No. 1:22-cv-02318 (CM)

Dear Judge McMahon:

/s/ Colleen McMahon
4/22/22

We represent plaintiff Cristian Sanchez ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the parties' obligation to submit a Case Management Plan and Scheduling Order. *See* Docket No. 5. Defendant has just recently been served in this matter and their answer is due on April 26, 2022. Defendant has not yet contacted Plaintiff or made an appearance. We respectfully request an adjournment of 45 days to allow time for Defendant to appear and file a responsive pleading. This is Plaintiff's first request for such an extension.

We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Edward Y. Kroub*
Edward Y. Kroub

cc: All Counsel of Record (via ECF)