Case 1:22-cv-02318-CM    Document 19    Filed 06/29/22    Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CRISTIAN SANCHEZ, Individually and on behalf of all other persons similarly situated,

                Plaintiff,

    -against-

SOFT SURFBOARDS, INC.,

                Defendant.
-----------------------------------------------------------X

Case No. 22-cv-02318-CM

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2022

WHEREAS, plaintiff sued defendant alleging that its website violates Title III of the Americans with Disabilities Act and the New York City Human Rights Law because the website is not fully accessible to disabled individuals; and

WHEREAS, defendant continues to be committed to compliance with the applicable laws, and the parties are amicably resolving this litigation on that basis,

IT IS HEREBY STIPULATED AND AGREED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       June 29, 2022

| MIZRAHI KROUB LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Edward Y. Kroub<br>Edward Y. Kroub, Esq.<br>200 Vesey Street<br>New York, New York 10281<br>(212) 595-6200<br>ekroub@mizrahikroub.com<br>*Attorneys for Plaintiff* | By: /s/ Peter T. Shapiro<br>Peter T. Shapiro, Esq.<br>77 Water Street, Suite 2100<br>New York, New York 10005<br>(212) 232-1300<br>Peter.Shapiro@lewisbrisbois.com<br>*Attorneys for Defendant* |

SO ORDERED:

_____
U.S.D.J

7-5-2022

4854-1428-3555.1